UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
VICTOR LOPEZ, *on behalf of himself and all other* :
*persons similarly situated*,
:
Plaintiff, :
: ORDER
-against- :
: 19 Civ. 2721 (GBD)
LEX HOTEL LLC, :
Defendant. :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       July 11, 2019

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge